IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * Case No.: 23-cr-00382 DLF |
| BROGAN WELSH | * |
| Defendant | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT STATUS REPORT

The Defendant, Brogan Welsh, by and through his attorneys, Michael E. Lawlor, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd.; along with the United States, by Assistant United States Attorney Caroline Burrell submits the following Joint Status Report in response to the Court's Order of April 15, 2025.

1.   A consent motion to continue the status conference scheduled for April 16, 2025 was filed on April 15, 2025.  Per order of the Court, the parties are directed to confer and propose new dates for a zoom status conference.

2.   The parties have conferred and are available for a zoom status conference at any time on April 29, 2025 and from 11:00 a.m. to 2:00 p.m. and after on May 2, 2025.

3.   Additionally, the parties have conferred and understand that tolling under the Speedy Trial Act is not required because the defendant has already pled guilty in this matter.

1

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland  20770
(301) 474-0044
mlawlor@brennanmckenna.com
ademetriou@brennanmckenna.com

/s/
_____
Caroline Burrell
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this day, April 16, 2025, a copy of the foregoing was filed via ECF and served to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor

2